UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-03043-DDP-PLA | Date | October 18, 2021 |
|---|---|---|---|
| Title | Kristopher Baylog et al v. HashFlare LP | | |

Present: The Honorable   DEAN D. PREGERSON, UNITED STATES DISTRICT JUDGE

| Patricia Gomez | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Charles Delbridge | Lauren Woodland |
| Robert Schug | |

**Proceedings:** FAIRNESS HEARING
MOTION FOR ORDER FOR ATTORNEYS' FEES [83]
MOTION FOR SETTLEMENT APPROVAL OF CLASS ACTION SETTLEMENT [84]

The matter's are granted with an order to be issued hereafter.

: 6

Initials of Preparer   PG